United States District Court
Southern District of Texas
**ENTERED**
February 26, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MALQUWAN HOSKINS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:16-CV-00518 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Respondent's April 18, 2017, motion for summary judgment, Dkt. No. 16, and the July 13, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 18. Petitioner did not respond to the motion for summary judgment nor file objections to the M&R. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 18 at 10 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the proposed M&R in its entirety. The Court hereby:

- **GRANTS** Respondent's motion for summary judgment, Dkt. No. 16;
- **DISMISSES WITH PREJUDICE** Petitioner's action; and
- **DENIES** Petitioner a Certificate of Appealability.

The Court will order entry of final judgment separately.

SIGNED this 26th day of February, 2018.

_____
Hilda Tagle
Senior United States District Judge